NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ERIC HOERSTEN

---

2013-1486

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 11/408,610.

---

## ON MOTION

---

## O R D E R

Eric Hoersten moves without opposition to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

IN RE HOERSTEN                                                      2

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s21

ISSUED AS A MANDATE: July 24, 2013